AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00641 |
| Thomas Patrick Hamner | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/29/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Thomas Patrick Hamner**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds

Date: 11/1/2021

*Issuing officer's signature*

Zia M. Faruqui
2021.11.01 19:27:05 -04'00'

City and state: Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on (date) 11/01/2021, and the person was arrested on (date) 11/09/2021
at (city and state) Colorado Springs, CO.

Date: 11/09/2021

*Arresting officer's signature*

KEVIN TOVES, SPECIAL AGENT /TFO
*Printed name and title*