UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-641 |
| | : | |
| THOMAS PATRICK HAMNER, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 111(a)(1) and (b), 2 |
| Defendant. | : | (Assaulting, Resisting or Impeding Certain |
| | : | Officers Using a Dangerous Weapon and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. §§ 231(a)(3), 2 |
| | : | (Civil Disorder and Aiding and Abetting) |
| | : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about January 6, 2021, within the District of Columbia, **THOMAS PATRICK**

**HAMNER**, using a deadly or dangerous weapon, that is, a large metal sign frame, did forcibly

assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United

States and of any branch of the United States Government, and any person assisting such an officer

and employee, that is, J.C., an officer of the Metropolitan Police Department, while such officers

and employees were engaged in and on account of the performance of official duties and where the acts in violation of this section involve the intent to commit another felony.

**(Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2)

## COUNT TWO

On or about January 6, 2021, at or around 1:40 p.m., within the District of Columbia, **THOMAS PATRICK HAMNER** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## COUNT THREE

On or about January 6, 2021, at or around 1:14 p.m., within the District of Columbia, **THOMAS PATRICK HAMNER** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## COUNT FOUR

On or about January 6, 2021, at or around 1:40 p.m., within the District of Columbia, **THOMAS PATRICK HAMNER** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so and during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a large metal sign.

> **(Entering and Remaining in a Restricted Building,** in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT FIVE

On or about January 6, 2021, at or around 1:40 p.m., within the District of Columbia, **THOMAS PATRICK HAMNER** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a large metal sign.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Section 1752(a)(4)) and (b)(1)(A))

## COUNT SIX

On or about January 6, 2021, at or around 1:40 p.m., within the District of Columbia,

**THOMAS PATRICK HAMNER** willfully and knowingly engaged in an act of physical violence

within the United States Capitol Grounds and any of the Capitol Buildings.

> **(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /GPR*

Attorney of the United States in
and for the District of Columbia.