NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  21cr689

Thomas Hamner
          (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Nicholas Smith, DC: 1029802
*(Attorney & Bar ID Number)*
David B Smith PLLC
*(Firm Name)*
7 East 20th St., Suite 4R
*(Street Address)*
New York            NY            10003
*(City)*            *(State)*            *(Zip)*
917-902-3869
*(Telephone Number)*