Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

THOMAS PATRICK HAMNER

Civil/Criminal No. 21-CR-689 (ABJ)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | BWC Video on January 6, 2021 | 5/17/2022 | 5/17/2022 | | |
| 2 | Overhead Video on January 6, 2021 | 5/17/2022 | 5/17/2022 | | |

FILED
MAY 17 2022
Clerk, U.S. District and Bankruptcy Courts