# EXHIBIT 2



**Keck Medical Center of USC**

Keck Medicine of USC

USC Norris Oncology/Hematology
**Greg Angstreich, MD**
330 Old Newport Blvd., Suite 100
Newport Beach, CA 92663
Tel: (949)646-6441
Fax: (949)646-5719

# Fax

**Date:** 4/28/2022

**From:** Elana G

**To:** ndr @ davidbsmithpllc .com

**Organization/ Location:**

**Phone:**

**Fax:**

**Re:**

**Pages:** 3   *(including cover sheet)*

☐ Urgent
☑ As requested

☐ For Your Information

☐ For Your Comments

☐ Per Our Discussion

☐ Please call me

**Comments:** Hello,

Per Stephanie's request, please see attached letter

Thank you,

Elana

Confidentiality Note: This message is intended only for the use of the individual or entity to which it is addressed, and may contain informatio that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipien you are hereby notified that any dissemination is strictly prohibited. If you have received this communication in error, please notify t immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

Letter                                    HAMNER, BEN THOMAS - 004444556
* Final Report *

Document Type:          Letter
Date of Service:        April 13, 2022 14:45 PDT
Document Status:        Auth (Verified)
Document Title:         Letter
Author:                 ANGSTREICH MD, GREG on April 13, 2022 15:23 PDT
Authenticated By:       ANGSTREICH MD, GREG on April 14, 2022 10:47 PDT
Encounter info:         745152876, Keck Medicine of USC - Newport Beach, Outpatient, 4/13/2022 - 4/13/2022
Contributor System:     USC_EMDATF

# * Final Report *

**Letter**
DATE OF SERVICE: 04/13/2022

Patient Name: HAMNER, BEN
Medical Record #: 4444556
Date of Birth: 08/15/1942

Fax:
Ph:

Dear To Whom It May Concern

Mr. Ben Thomas Hamner is currently a patient under my care for a
very serious medical condition.  His condition is currently of a
life-threatening nature, for which he is receiving intensive
treatment with chemotherapy.  Due to the nature of his illness,
it is recommended that his family and loved ones be allowed to
visit with Mr. Hamner at the earliest opportunity.  Please take
this information into account when decisions are made regarding
freedom to travel and family ties.

cc: , , , ,    Fax:  Ph:

GRA/rp
D: 04/13/2022 3:23:35 PM PST
T: 04/13/2022 3:54:28 PM PST
J#:  254798221

Printed by:    Gamiao, Elana                           Page 1  of 2
Printed on:    4/28/2022 9:38 PDT

Letter
* Final Report *

HAMNER, BEN THOMAS - 004444556

**Signature Line**
Electronically Signed On 04/14/22 10:47 AM PDT

GREG ANGSTREICH, MD

**Completed Action List:**
* Perform by ANGSTREICH MD, GREG on April 13, 2022 15:23 PDT
* Sign by ANGSTREICH MD, GREG on April 14, 2022 10:47 PDTRequested on April 13, 2022 15:55 PDT
* VERIFY by ANGSTREICH MD, GREG on April 14, 2022 10:47 PDT