# EXHIBIT 1

I cannot put into words how this single event has changed our lives forever. How unfortunate it is that in a split second, one bad decision can lead to lifetime of hurt for so many people! I wonder if my husband knew that he would end up missing so many monumental and pivotal moments in our children's lives? Our 17 year old son getting his driver's license and attending his 1st prom. Our youngest son starting kindergarten, overcoming his fear of water and diving head first into swimming pools now! For our daughter; struggling every day with feeling hopeless, alone, and abandoned. More hospital stays, more running away, more suicide attempts, new medications, new therapists, more new therapists, different medications, new schools. ███████ is on her 4th therapist now, and has still not been able to open up to them about her trauma. Each therapist she sees discovers after a while that they are not able to help her, and then she gets bumped up to a more intensive therapy program. If I could say thank you for the one good thing that this situation has brought to this family, it's that our daughter has finally come to the realization that she loves and adores her step dad more than she ever realized! The moment that Tom was ripped from her life, she fully understood just how close the bond that they share is. She now understands how bad she needs Tom in her life and by her side.

Did Tom know that our franchise business would nearly crash and burn without him, only a month after his arrest? That I would need to get a $30,000 gift from his dad back in December of last year just to keep our doors open for the business? Did he know that our business sales would be half of what they were a year ago when we had Tom out here to handle what only he has the expertise to do? I have included a snapshot into our company financials along with this letter. Our 2022 July revenue was less than half of what it was the previous year in July 2021 when I had Tom. Just to be clear, our franchise business needs to bring in a minimum of $100K per month in revenue in order to keep our doors open. July and August have been so brutal!

To be more specific: I've got guys out here that work for us who were not formally trained on shower pan installation methods (because Tom had only just begun training them before his arrest) who have been installing shower pans to the best of their ability, and we've got customers who have had problems with these installed shower pans leaking, etc. because only Tom has the skill set to be able to do this type of work but I'm forced to use who I have employed currently because we were already under contract. I'm having to do the job of 5 or 6 people myself which is very difficult to do considering I am a single mom of all these kids. I'm constantly having to be gone from work to deal with therapy appointments, psychiatry appointments, dental appts, school events, etc. I'm literally working late (like past 11pm) constantly because I have to miss so much work during the daytime for mommy things.

The courts are probably not aware of this, but I have been dedicated to sharing the truth about the warrant situation in California since day one of this arrest. The prosecution has always insisted that Tom has made **NO ATTEMPT** to resolve his non-extraditable outstanding warrant in California. That just isn't true. Tom contacted the courts in San Bernadino back in August of 2020 regarding this matter. They stated he had an unpaid fine, which he then paid. Once the fine was paid they told him to contact the judge in the case to explain that we lived in another state and really want to resolve this matter right away. Tom then wrote a letter to the judge. The judge told him he needed to contact probation. Tom then left a message with the probation office and awaited a call back. When they finally contacted him back, they were working on getting him on their video court calendar so Tom wouldn't have to travel to California to get this taken care of. I have included additional documentation with this letter that include: the payment receipt for the fine associated with the warrant dated August of 2020, as well as a letter containing the courts response to Tom's letter to the judge in this case. These items are proof that Tom had been seeking to resolve this matter long before his arrest on the January 6th case.

I can say from the bottom of my heart that I know for a fact Tom would have never made this decision had he known it would hurt anyone. My husband is not an individual who goes around intentionally hurting people. I know that the court system judges him based off of his past rap sheet, but believe it or not your honor, there is something called redemption! You can see by his criminal history that it has been many years since he has gotten into any trouble. He truly is a completely changed person (all of the letters from his supporters can back that up)!

Sincerely, Steffany Hamner



| SAN BERNARDINO COUNTY | Central Collections |

# San Bernardino County
# Central Collections

### Confirmation 36266212952

**Department:** Central Collections
**Location:** Internet
**Account Holder:** Thomas Hamner
519 Swope Ave
Colorado Springs, CO 80909
United States
7206759681
tnthamner@gmail.com

**Posted Date:** 08/18/2020 2:59 PM PDT
**Received Via:** Online
**# of Items:** 1
**Total:** $ 1,155.00

## Receipt

### Shopping Cart

| # | Description | Amount |
|---|---|---|
| 28215004 | Payment Acct #28215004 | $ 1,155.00 |

### Payments

| Action | Status | Via | Account Information | Amount |
|---|---|---|---|---|
| Charge | Complete | Credit Card | Visa CC# ***4879 | $ 1,155.00 |
| Total: | | | | $ 1,155.00 |

    

**Payment**Express



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
**San Bernardino District**
**247 West 3rd St**
**San Bernardino, CA 92415**
**www.sb-court.org**

# MINUTE ORDER

Case Number: FSB1000725

Date: 11/20/2020

Case Title: People of the State of California vs. THOMAS PATRICK HAMNER

| Department S14 - SBJC | Date: 11/20/2020 | Time: 8:30 AM | Request For Action - No Appearance |
|---|---|---|---|

Charges: PC273.5(A)-F, PC667.5(B)-E, PC667.5(B)-E

Judicial Officer: Ronald M Christianson
Judicial Assistant: Leticia Oberlies

No appearances.
Court has read and considered Request for Further Action to include letter submitted by Defendant dated 10/13/2020.

Court refers copy of letter to District Attorney, Public Defender, and Probation.

No action by the Court at this time.

Public Defender and/or Probation can place matter on calendar for any requested action.

Bench Warrant to remain outstanding.

Case Custody - Fugitive

Clerk's office to notify: DEFENDANT.

District Attorney Notified
Probation Officer Notified
Public Defender Notified

== Minute Order Complete ==

247 West Third Street Criminal Division. San Bernardino CA 92415-0240

San Bern Attn Judge Mazurek Clerks

3

11:15 PM
08/29/22
Cash Basis

# Granite Transformations of COSPRGS
# Profit & Loss
## July 2021

|  | Jul 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40000 · Installation Revenue | |
| 40015 · Granite Installations | 94,474.63 |
| 40021 · Plumbing Fixtures Installations | 2,204.00 |
| 40030 · Cabinet Refacing Revenue | 32,757.57 |
| 40045 · Backsplash Installations | 23,936.92 |
| **Total 40000 · Installation Revenue** | **153,373.12** |
| **Total Income** | 153,373.12 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | |
| 50015 · COGS - Granite | 52,965.20 |
| 50021 · COGS - Plumbing Fixtures | 7,959.90 |
| 50023 · COGS - Freight/Shipping | 2,577.49 |
| 50025 · COGS - Consumables | 8,418.25 |
| 50030 · COGS - Cab. Ref. Mat. | 8,932.31 |
| 50045 · COGS - Backsplash | 8,900.15 |
| 50900 · COGS - Other Materials | -567.86 |
| **Total 50000 · Cost of Goods Sold** | 89,185.44 |
| 51000 · Direct Labor | |
| 51001 · Fabrication Labor | 10,280.57 |
| 51002 · Installation Labor | 10,599.02 |
| 51004 · Subcontractor | 3,492.75 |
| **Total 51000 · Direct Labor** | 24,372.34 |
| 53000 · Other COGS | |
| 53001 · Advertising Fund | 1,885.00 |
| 53002 · Royalties to RSG | 2,513.00 |
| 53005 · Sales Taxes Paid | 276.01 |
| **Total 53000 · Other COGS** | 4,674.01 |
| **Total COGS** | 118,231.79 |
| **Gross Profit** | 35,141.33 |
| **Expense** | |
| 61000 · Advertising | |
| 61005 · Advertising - Home Shows | 870.00 |
| 61009 · Advertising - Internet | 10,524.64 |
| 61010 · Customer Referral Program | 800.00 |
| **Total 61000 · Advertising** | 12,194.64 |
| 62000 · Partnership Costs | |
| 62001 · Lowes Program | 1,155.00 |
| **Total 62000 · Partnership Costs** | 1,155.00 |
| 64000 · Auto Expenses | |
| 64001 · Fuel | 2,556.89 |
| 64005 · Tolls and Parking | 31.82 |
| 64006 · Auto Maintenance | 698.78 |
| **Total 64000 · Auto Expenses** | 3,287.49 |
| 65000 · Office Wages & Benefits | |
| 65001 · Operations Salaries and Wages | 10,078.77 |
| 65002 · Payroll Tax Expense | 1,924.96 |
| 65007 · Payroll Service | 78.34 |
| **Total 65000 · Office Wages & Benefits** | 12,082.07 |
| 66000 · Sales Commissions & Wages | |
| 66002 · Sales Salaries and Wages | 10,167.72 |

*2021*

11:15 PM
08/29/22
Cash Basis

### Granite Transformations of COSPRGS
### Profit & Loss
#### July 2021

| | Jul 21 |
|---|---|
| 66003 · Sales Commissions | 882.00 |
| **Total 66000 · Sales Commissions & Wages** | 11,049.72 |
| 66000x · Payroll Expenses | 0.00 |
| 67000 · Office Expenses and Other | |
| 67001 · Office Supplies | 1,310.52 |
| 67002 · Software/Subscriptions | 14.99 |
| 67003 · Other Office Expense | 205.58 |
| 67005 · Meals | 1,243.03 |
| **Total 67000 · Office Expenses and Other** | 2,774.12 |
| 69000 · Travel Expense | |
| 69002 · Meals and Entertainment | 17.94 |
| **Total 69000 · Travel Expense** | 17.94 |
| 70000 · Operating Expenses | |
| 70001 · Cleaning Service | 50.00 |
| 70003 · Uniforms | 140.00 |
| 70005 · Shop Tools | 1,168.42 |
| 70006 · Shop Supplies | 601.73 |
| 70011 · Sales Tax Expense | 27.73 |
| 70013 · Miscellaneous Expense | 42.49 |
| 70014 · Showroom Expenses | 127.38 |
| **Total 70000 · Operating Expenses** | 2,157.75 |
| 71000 · Finance | |
| 71004 · Merchant Fees | 2,477.04 |
| **Total 71000 · Finance** | 2,477.04 |
| 72000 · Insurance Expense | |
| 72001 · Insurance - General Liability | 1,736.00 |
| 72002 · Worker's Compensation | 737.00 |
| **Total 72000 · Insurance Expense** | 2,473.00 |
| 73000 · Occupancy | |
| 73001 · Rent Expense - Facility #1 | 5,407.53 |
| **Total 73000 · Occupancy** | 5,407.53 |
| 74000 · Utilities | |
| 74003 · Garbage Removal | 229.77 |
| 74004 · Telephone | 329.98 |
| 74005 · Internet | 417.40 |
| 74000 · Utilities - Other | 446.41 |
| **Total 74000 · Utilities** | 1,423.56 |
| 78000 · Other Expense | |
| 78001 · Interest Expense | 1,272.46 |
| **Total 78000 · Other Expense** | 1,272.46 |
| **Total Expense** | 57,772.32 |
| **Net Ordinary Income** | -22,630.99 |
| Other Income/Expense | |
| Other Income | |
| 77000 · Other Income | |
| 77005 · Miscellaneous Income | 470.58 |
| **Total 77000 · Other Income** | 470.58 |
| **Total Other Income** | 470.58 |

11:15 PM
08/29/22
Cash Basis

**Granite Transformations of COSPRGS**
**Profit & Loss**
July 2021

2021

|  | Jul 21 |
|---|---|
| **Net Other Income** | 470.58 |
| **Net Income** | -22,160.41 |



**11:15 PM**
**08/29/22**
**Cash Basis**

# Granite Transformations of COSPRGS
## Profit & Loss
### July 2022

|  | Jul 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Installation Revenue** | |
| 40015 · Granite Installations | 30,632.00 |
| 40021 · Plumbing Fixtures Installations | 7,893.00 |
| 40030 · Cabinet Refacing Revenue | 10,560.00 |
| 40045 · Backsplash Installations | 16,097.00 |
| **Total 40000 · Installation Revenue** | **65,182.00** |
| | |
| **40900 · Other Revenue** | |
| 40900 · Other Revenue - Other | 2,250.00 |
| **Total 40900 · Other Revenue** | 2,250.00 |
| | |
| **Total Income** | 67,432.00 |
| | |
| **Cost of Goods Sold** | |
| **50000 · Cost of Goods Sold** | |
| 50023 · COGS - Freight/Shipping | 3,406.27 |
| 50025 · COGS - Consumables | 1,050.15 |
| 50026 · COGS - Customer Repairs | 282.03 |
| 50030 · COGS - Cab. Ref. Mat. | 24,541.23 |
| 50045 · COGS - Backsplash | 4,517.66 |
| 50900 · COGS - Other Materials | 984.13 |
| **Total 50000 · Cost of Goods Sold** | 34,781.47 |
| | |
| **51000 · Direct Labor** | |
| 51001 · Fabrication Labor | 4,596.49 |
| 51002 · Installation Labor | 8,359.54 |
| 51004 · Subcontractor | 3,369.21 |
| **Total 51000 · Direct Labor** | 16,325.24 |
| | |
| **53000 · Other COGS** | |
| 53001 · Advertising Fund | 2,868.00 |
| 53002 · Royalties to RSG | 3,824.00 |
| 53005 · Sales Taxes Paid | 709.69 |
| **Total 53000 · Other COGS** | 7,401.69 |
| | |
| **Total COGS** | 58,508.40 |
| | |
| **Gross Profit** | 8,923.60 |
| | |
| **Expense** | |
| **61000 · Advertising** | |
| 61003 · Advertising - Television | 2,000.00 |
| 61009 · Advertising - Internet | 4,516.94 |
| **Total 61000 · Advertising** | 6,516.94 |
| | |
| **62000 · Partnership Costs** | |
| 62001 · Lowes Program | 4,170.78 |
| **Total 62000 · Partnership Costs** | 4,170.78 |
| | |
| **64000 · Auto Expenses** | |
| 64001 · Fuel | 2,039.01 |
| 64005 · Tolls and Parking | 74.91 |
| 64006 · Auto Maintenance | 313.35 |
| **Total 64000 · Auto Expenses** | 2,427.27 |
| | |
| **65000 · Office Wages & Benefits** | |
| 65001 · Operations Salaries and Wages | 12,329.10 |
| 65002 · Payroll Tax Expense | 2,846.29 |
| 65007 · Payroll Service | 78.34 |

**Page 1**


2022

11:15 PM
08/29/22
Cash Basis

### Granite Transformations of COSPRGS
## Profit & Loss
### July 2022

|  | Jul 22 |
|---|---|
| **Total 65000 · Office Wages & Benefits** | 15,253.73 |
| **66000 · Sales Commissions & Wages** | |
| 66002 · Sales Salaries and Wages | 1,524.82 |
| 66003 · Sales Commissions | 7,933.99 |
| **Total 66000 · Sales Commissions & Wages** | 9,458.81 |
| **66000x · Payroll Expenses** | 0.00 |
| **67000 · Office Expenses and Other** | |
| 67001 · Office Supplies | 125.18 |
| 67002 · Software/Subscriptions | 39.99 |
| 67003 · Other Office Expense | 205.58 |
| 67005 · Meals | 50.54 |
| **Total 67000 · Office Expenses and Other** | 421.29 |
| **68000 · Professional Fees** | |
| 68001 · Professional Fees - Accounting | 390.00 |
| 68004 · Professional Fees - Other | 18.00 |
| 68005 · ASK ACCOUNTANT | 223.79 |
| **Total 68000 · Professional Fees** | 631.79 |
| **69000 · Travel Expense** | |
| 69001 · Hotel | 190.41 |
| 69002 · Meals and Entertainment | 851.02 |
| 69004 · Airfare | 248.00 |
| 69005 · Ground Transportation | -519.91 |
| **Total 69000 · Travel Expense** | 769.52 |
| **70000 · Operating Expenses** | |
| 70003 · Uniforms | 126.00 |
| 70006 · Shop Supplies | 209.02 |
| 70008 · Business Licenses | 60.00 |
| 70011 · Sales Tax Expense | 500.81 |
| 70014 · Showroom Expenses | 228.51 |
| **Total 70000 · Operating Expenses** | 1,124.34 |
| **71000 · Finance** | |
| 71004 · Merchant Fees | 1,925.66 |
| **Total 71000 · Finance** | 1,925.66 |
| **72000 · Insurance Expense** | |
| 72001 · Insurance - General Liability | 2,214.00 |
| **Total 72000 · Insurance Expense** | 2,214.00 |
| **73000 · Occupancy** | |
| 73001 · Rent Expense - Facility #1 | 5,691.49 |
| **Total 73000 · Occupancy** | 5,691.49 |
| **74000 · Utilities** | |
| 74003 · Garbage Removal | 413.89 |
| 74004 · Telephone | 265.56 |
| **Total 74000 · Utilities** | 679.45 |
| **78000 · Other Expense** | |
| 78001 · Interest Expense | 1,097.69 |
| **Total 78000 · Other Expense** | 1,097.69 |
| **Total Expense** | 52,382.76 |
| **Net Ordinary Income** | -43,459.16 |

Page 2

2022

11:15 PM
08/29/22
Cash Basis

# Granite Transformations of COSPRGS
## Profit & Loss
### July 2022

|  | Jul 22 |
|---|---|
| Net Income | -43,459.16 |

 **CK Comics & Collectibles**

719 Manitou Ave
Manitou Springs, CO  80829
719-629-7924

US Air Force Academy
Colorado Springs, CO

February 25, 2019

RE: Character Reference for Thomas P. Hamner
    Owner Member One By One Tile & Stone LLC

To Whom It May Concern:

I have known Thomas P. Hamner, Owner Member of One By One Tile & Stone LLC, for approximately two years. He has demonstrated his professionalism, knowledgeable and trustworthiness numerous times. I highly recommend him for access to USAFA and any contracted projects requiring his expertise.

Respectfully,

Brian Swanson
U.S. Air Force Retired
Owner, CK Comics & Collectibles

Cc: Thomas P. Hamner via email

CK Comics & Collectibles   |   719 Manitou Ave   Manitou Springs, CO 80829   |   Telephone: 719-629-7924 | info@ckcomicsonline.com

10

Rawson Plumbing, LLC
11795 Calle Corvo
Colorado Springs, CO 80926
719-492-5804

25 February 2019

United States Air Force Academy
Colorado Springs, Colorado

Re: Character Reference for Thomas Hamner, One by One Tile & Stone LLC.

To Whom It May Concern:

I have known Thomas Hamner, owner, of One by One Tile & Stone LLC, for approximately two years.

Tom is a man of great integrity and is extremely dedicated to his family, work and community.

I am a plumbing contractor and have worked with him on numerous jobs in the Pikes Peak area.  Tom is dependable, honest, hard working and knows his trade.

I highly recommend Tom as I fully expect him to be a valuable asset to the United States Air Force Academy.

Sincerely,

Stanley Rawson, CW2 (USA, Retired)



H. Charles Netzler
**Assistant Vice President**
Vectra Bank, N.A.
719.510.6898
Charles.netzler@vectrabank.com

USAFA
Colorado Springs, CO

RE: Character Reference

February 25th, 2019

To Whom It May Concern:

This letter is in reference to Tom Hamner, owner of One By One Tile & Stone, LLC. I have known Tom in a variety of capacities for over 2 years. I am the president of a networking group that he is a part of and I have referred him out to my friends and clients.

Tom is efficient, detail-oriented, and extremely competent. He completes his projects on time, if not before his deadline and I have received great feedback from the clients that I have referred to him. His communication skills, both written and verbal, allow him to connect with a diverse group of clients.

I summary, I would highly recommend Tom for any position or endeavor that he is currently pursuing with the United States Air Force Academy. He will be a valuable asset to your organization.

If you have any questions, please do not hesitate to contact me.

Sincerely,

H. Charles Netzler



RESIDENTIAL LENDING GROUP
7390 N. ACADEMY BLVD   COLORADO SPRINGS. COLORADO 80920
PHONE: 719 594 7447    FAX: 719 594 7424
www.vectrabank.com

Member FDIC

**12**

STEPHEN BACKMAN, P.A.
BACKMAN BUSINESS GROUP, LLP
2225 CHARING COURT
COLORADO SPRIGS, CO 80919
backmanbusinessgroup@gmail.com
DIRECT # 719-331-0521 FAX # 719-265.3024

US Air Force Academy
Colorado Springs, CO

February 25, 2019

RE:  Character Reference for Thomas P. Hamner, Owner Member
       One By One Tile & Stone LLC

To Whom It May Concern:

I have known Thomas P. Hamner, Owner Member of One By One Tile & Stone LLC, for over two years. I am their Accountant and consequently I am very familiar with his work ethics and work ability. He is very professional, knowledgeable and trustworthy in his field of work. I highly recommend him for any projects you may have a need for him to do.

Thank you in advance for your cooperation with this matter.

Best regards,

*Stephen Backman, P.A.*

Stephen Backman, P.A.
Backman Business Group, LLP

cc Thomas P. Hamner via email

# Reflective Comfort
### Since 1987 A+ Rating Better Business Bureau
## Brian Patrick Williams
### 2690 Edenderry Drive
### Colorado Springs, CO 80919
### 719 649 2710
brian@reflectivecomfort.com

February 25. 2019.

To whom it may concern.

I've known Tom Hamner. with One on One Tile & Stone. very well for the past three years.

Tom has an outstanding work ethic and he's a man of strong character. He simply does what he says he'll do and delivers.

Too. were events to "go South". I'd want Tom Hamner close by.

Sincerely yours.

Brian Williams
Ex 82nd & 101 Airborne Veteran

US Air Force Academy

Colorado Springs, CO

February 25, 2019

RE: Character Reference for Thomas Hamner

One By One Tile & Stone

To Whom It May Concern.

I have known Thomas for about one and half years. I have referred him out on several occasions. He has always been on time to his appointments, neat and clean in his work, very ethical / professional in the way he carries out business. I would trust and have him in my home with no worries. He has worked for my brother-in-law who is a retired Army Officer and he has past his high standards as well. I would highly recommend him and trust him with being on your base (Honor Veteran myself, I understand military requirements).

Please let me know if you have any further concerns.

Respectfully,

Ray Hishmeh

Ray Hishmeh

VP of Mortgage Lending

719-522-9888



Complete Protection Insurance
William McIntosh
5350 N Academy Blvd, Suite 206, Colorado Springs, CO 80918
Direct (719)930-7855 Fax (719)425-2020
bill@completeprotectioninsurance.com

**US Air** Force Academy
**Colorado** Springs, CO

February 25, 2019

**RE:** Character Reference for Thomas P. Hammer, Owner Member
One By One Tile & Stone LLC

**To Whom** It May Concern:

I have known Thomas P. Hammer, Owner Member of One By One Tile & Stone LLC, for ten months. During this time, he has completed work for many of my clients. My clients are always extremely pleased with him timeliness, work ethic, standard of excellence, and finished product. I highly recommend him for any job or project to be completed.

Thank you for your cooperation in this matter

Blessings,

**William** McIntosh

**Complete** Protection Insurance



**Donny Reichardt**
5525 Erindale Dr #141 Colorado Springs, CO 80918
Donnyfloors@gmail.com
Office 719.598.8003   Direct 719.453.9969

**US Air Force Academy**
Colorado Springs, CO

February 26, 2019

Re: Reference

To Whom It May Concern:

It is my pleasure to write this letter of character reference for one Thomas P. Hamner, Owner of One By One Tile & Stone. Thomas has masterfully coordinated projects for me for years. His quality of preparation, installation & attention to details is unprecedented in the industry. For this, without hesitation, I would recommend him for any project.

Please feel free to contact me directly for any further details if necessary.

Respectfully,

**Donny Reichardt**
**Southern Colorado Broker**

Granite Transformations

5243 Galley Road

Colorado Springs, CO 80915


February 25, 2019


US Air Force Academy


To Whom It May Concern:

We have known Tom Hamner for a little over four years, We have worked with him on multiple projects and he is very professional and pays attention to detail. He is very knowledgeable in the remodel industry. We highly recommend him for any remodeling project.


Best regards,

Mary Kay Schuckman – Owner Granite Transformations

Irvin L. Schuckman – Owner Granite Transformations

**18**

# Ambassador General Contractors

1067 E Hwy 24, Ste. 96
Woodland Park, CO 80863
719.352.8188

February 25, 2019

**United States Airforce Academy**

**Regarding Character Reference for:**

**Tom Hammer with One by One Tile and Stone, LLC**

To **whom it may concern,**

I have been working with Tom Hammer with One by One Tile and Stone, LLC since the summer of 2018.  He and his crew perform work with high levels of skills, operate and represent themselves with honesty, are punctual and follow through with projects with high levels of integrity.

Tom Hammer and One by One Tile and Stone, LLC are my primary go to for all tile, flooring and other finishes to represent my company as a subcontractor.

I highly recommend working with One by One Tile and Stone, LLC and the owner Tom Hammer.

If you have any questions you are more than welcome to contact me directly.

Sincerely,


John Touchstone
Owner  - WNQ, LLC dba Ambassador General Contractors
johnt@ambassadorgc.com
719.352.8188

**19**

Vision Cleaning LLC.

P. O. BOX 50151

Colorado Springs, CO. 80949

719-499-1181


US Air Force Academy

Colorado Springs, CO.


February 25, 2019


RE: Character Reference for Thomas P. Hamner Owner of One By One Tile & Stone LLC.


To Whom It May Concern:


Vision Cleaning LLC. Has worked with Thomas P. Hamner of One By One Tile & Stone LLC. for about two years.


We have seen many different styles of Mr. Hamner's work. In all of them we have seen his work ethics and his many abilities to work with all types of Tile and Stone.


He is very Knowledgeable and Trustworthy. We would recommend him to complete any work you may need done.


Sincerely,


Rod Holden/Owner

Vision Cleaning LLC.

February 25, 2019

Subject:  Character Reference for Tom Hamner, One by One Tile and Stone Company

Tom Hamner served as the general contractor in a major remodeling of our home including overseeing installation of electrical radiant floor heating, porcelain and wood flooring, a marble countertop, backsplashes, lighting, a gas cooktop hood, a home theater riser, as well as light plumbing and carpentry work. The floor tile was particularly demanding being over 800 square feet, 24x24 inch porcelain tiles with 1/8th inch grout lines. All work was high end quality! Tom is extremely professional and responsive, keeping us informed every step of the way. He has an excellent eye for detail, being very helpful resolving issues, providing ideas that greatly improve the final product. He stuck to his bid, only making reasonable adjustments when we added new work outside the scope of the original project. We strongly recommend One by One Tile and Stone.

Sincerely,

Joseph Waddell

18675 Knollwood Blvd,

Monument, CO  80132

US Air Force Academy
Colorado Springs, CO

February 25th, 2019

Re: Reference for Thomas P. Hamner, Owner
     One By One Tile & Stone LLC

To whom it may concern:

Mr. Hamner recently completed an entire home remodel project for me. The remodel was extensive and took 3 months to complete. He is very professional, trustworthy, and knowledgeable and the finished work exceeded my expectations. I would highly recommend him for any projects in which you are in need of.

Best Regards,

Shelley Smith
5835 E Old Farm Circle
Colorado Springs, CO 80917

Gmail - Character Reference Letter

 Gmail

Tom Hamner <onebyonetile@gmail.com>

## Character Reference Letter

**Siegele, Michael** <msiegele@visa.com>
To: "onebyonetile@gmail.com" <onebyonetile@gmail.com>

Mon, Feb 25, 2019 at 9:47 AM

Tom does quality work and has completed several projects in our home, we plan on using him for future remodels tooo!



 VISA everywhere you want to be



*Mike L Siegele* | Chief Facilities Engineer – Senior Director | Global Data Center Engineering & Operations | Visa, Inc | 303 389 7705

[Quoted text hidden]

**23**



LEWIS BRISBOIS BISGAARD & SMITH LLP

John G. Lubitz
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
John.Lubitz@lewisbrisbois.com
Direct: 720.292.2037

February 25, 2019

US Air Force Academy
Colorado Springs, Colorado

Re:   <u>Character Reference for Thomas P. Hamner - Owner Member</u>
One By One Tile & Stone, LLC

Dear Sir or Madam:

I have known Thomas P. Hamner, the Owner/Member of One By One Tile & Stone, LLC, for over six (6) months. I am personally a customer of One By One Tile & Stone, LLC, and as such I am intimately familiar with both the quality of its work, and Mr. Hamner's work ethic. I can categorically say that both are beyond reproach, and I can recommend Mr. Hamner and One By One Tile & Stone without hesitation. I hope this is helpful, but please let me know if you require any further information.

Thank you in advance for your consideration in this regard.

Sincerely,

John G. Lubitz of
LEWIS BRISBOIS BISGAARD & SMITH LLP

JGL

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY
LOUISIANA · MARYLAND · MASSACHUSETTS · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK
NORTH CAROLINA · OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TEXAS · UTAH · WASHINGTON · WEST VIRGINIA

## LESLIE L. NORDYKE, CPA, P.C.
### Certified Public Accountant

104 South Cascade Avenue, Suite 205 / Colorado Springs, CO  80903 / t (719) 900-5590 / f (719) 900-5591

November 11, 2021

Re:  Thomas P. Hamner

To Whom It May Concern:

I have known and worked with Tom and Steffany Hamner for nearly two years now.  They were first introduced to me in December 2019 via another client of mine.  Tom and Steffany were in need of a CPA to work with them in their new business.

I have thoroughly enjoyed working with Tom and Steffany.  They are very good clients and always want to do things the right way and will do what I tell them to do to make sure they/we are doing things correctly.

What impressed me from the very beginning and has continued to impress me is how they, and specifically Tom, take care of their employees.  For example, when I first started working with them, I noticed a higher figure than I expected in the category of meals.  Come to find out, Tom regularly buys lunch for his employees.  Of course, I let them know we cannot deduct those meals on a regular basis, but they didn't really care too much that they couldn't deduct them.  In the beginning, we had to do quite a lot of accounting in the category of Employee Advances, because they regularly pay rent deposits, rent, even furniture for their employees and then allow them to slowly pay off these bills via paycheck deductions.  Because of the line of work they are in, their employees often have little to nothing, and again, they, and specifically Tom, take very good care of them.

Tom Hamner is the backbone, the critical person, to this business.  If he were away for an extended period of time, I'm certain the business would collapse.  This would mean the loss of a job for somewhere around 7 to 10 employees, not to mention the loss of work for many sub-contractors that work for them.  As their CPA for their business and individually, I have NO idea how their family would survive!  Steffany does a very good job assisting Tom in the business, but if the business would collapse, she would have a hard time finding a job for much more than $15 per hour.  Being a new business, they have a large debt load, as many new businesses do as they try to get off the ground, and I'm certain it would completely bankrupt the business and them personally.

In my opinion, Tom would certainly not be a flight risk.  If he received the opportunity to not be detained, he would continue to do what he always does, work very hard, take care of his family, his business, his employees, his sub-contractors, his customers, his community, etc.

Thank you for the opportunity to speak on behalf of Thomas P. Hamner.

Kind Regards,

*Leslie Nordyke, CPA*

**25**

RE: Tom Hamner  - November 12, 2021


To whom it may concern:


I have known Tom Hamner for a few months. I can't remember exactly when & where we met. But, we run into each other in many meetings where various candidates for school board members were participating in public forums so that we can ask questions and get to know how they would be and perform as members of a School Board, if elected. Tom is a regular at the Road Church 6:00 a.m. Men's Breakfast each Tuesday. When I found out about his business, I talked to Tom about eventually, when budget allowed, having him upgrade our kitchen counter tops with his high-end professional workmanship.

Any time I've observed Tom, he always has a big infectious smile on his face. He often makes you smile or laugh whenever you see him with his very pleasant demeanor and general joking around attitude towards life. I have witnessed many times where he has stepped up to help people, introduce someone to others who might help them in a given situation.

I've seen Tom give an entire day of his normal workweek time to organize and facilitate an education day to help in the community at large. I watched him talk to people and give them helpful follow up information. Everyone responded with thankfulness and very pleasantly to his pleasant presentation of helpful info. Once, Tom gave up a long evening to take some candidates to a large group of people who would likely hear them present themselves and then turn into supporters. It was a very successful evening meeting and everyone was very glad that he brought the candidates so that group of people could get to know them firsthand. Then he took more time to have dinner with some of the leaders in that meeting so they could get to know the candidates even better. Tom is a benevolent connector of good people. In the short time I've known Tom, that's kind of a sum-total of how I'd view him. He uses his time and resources to bring good people together and to support goodness in various ways in the Colorado Springs community and in the state of Colorado.

Tom is the type of person to diffuse a stressful situation with his gregarious and cool calm demeaner. His positive attitude is contagious to those around him along with his generous giving attitude.

For these reasons, I have introduced Tom to others I know on a regular basis. I believe others' lives are enriched by getting to know him. He is fun and jokingly has fun in a crowd and makes others laugh. He seems very knowledgeable about many various topics. Because of that, he educates others when the opportunity presents itself. Never forcing his opinion on others but offering when appropriate.

If you have any questions, please feel free to contact me.


Sincerely,

David Winney

719-650-5699

davidwinney.co@gmail.com