UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CASE NO. 21-cr-689 (ABJ) |
| v. | : | |
| | : | |
| THOMAS PATRICK HAMNER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are three digital videos that are exhibits 5, 8 and 9, which may be published by the government during the sentencing hearing. The government has no objection to the public release of these exhibits. The government has made the following video exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
| --- | --- | --- | --- | --- |
| 5 | Hamner sentencing-Exhibit 5.mp4 | Open-source | Approx. 12:52 pm | 2 minute, 20 second video |
| 8 | Hamner sentencing-Exhibit 8.mp4 | MPD Body-worn camera | Approx. 1:38 – 1:40 pm | 2 minute, 6 second video |
| 9 | Hamner sentencing-Exhibit 9.MOV | Another investigation | Approx. 1:40 pm | 1 minute, 44 second video |

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Douglas G. Collyer*
DOUGLAS G. COLLYER
Assistant United States Attorney
Detailee

2

                          NDNY Bar No. 519096
                          United States Attorney's Office
                          14 Durkee Street, Suite 340
                          Plattsburgh, NY 12901
                          Douglas.Collyer@usdoj.gov