UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-689 (ABJ) |
| : | |
| **THOMAS PATRICK HAMNER,** : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS UPDATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Nicholas Smith, counsel for Thomas Patrick Hamner ("the defendant") hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Update for approximately 14 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an indictment with: Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting, in violation of Title 18, United States Code, § 111(a)(1) and (b); Civil Disorder and Aiding and Abetting, in violation of Title 18, United States Code, Section 231(a)(3); Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(1) and (b)(1)(A); Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(4) and (b)(1)(A); and Act of Physical Violence in the Capitol Building or Grounds, in violation of Title 40, United States Code, § 5104(e)(2)(F) (ECF No. 6).

2. On June 16, 2022, the defendant pled guilty to one count of Civil Disorder and Aiding and Abetting, Count Two of the indictment. On September 23, 2022, the Court sentenced the defendant to, *inter alia,* 30 months incarceration.

3. On September 23, 2022, the Court ordered the parties to submit a status report on or before October 14, 2022 regarding the remaining counts of the indictment.

4. This week, the government made a plea offer to resolve the remaining counts and following further discussion between the parties, counsel needs time to discuss the plea offer with the defendant, which counsel will do next week.

5. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the parties discuss resolving the matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

6. Therefore, the parties request the Court continue the Status Update for approximately 14 days, and that there is an exclusion of time under the Speedy Trial Act from October 14, 2022, through the next scheduled Status Update.

7. The defendant is in custody.

8. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/                            /s/

Douglas G. Collyer                          Nicholas Smith, Esq.
Assistant United States Attorney     Counsel for Thomas Hamner
Capitol Riot Detailee                       1123 Broadway
NDNY Bar No.: 519096                Townsend Building
14 Durkee Street, Suite 340            Suite 909
Plattsburgh, NY 12901                 New York, NY 10010
(518) 314-7800                            917-902-3869
Douglas.Collyer@usdoj.gov          nds@davidbsmithpllc.com