UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:21-cr-689-ABJ |
| v. | ) |
| THOMAS HAMNER, | ) |
| Defendant. | ) |

**HAMNER'S RESPONSE TO THE GOVERNMENT'S MOTION TO CONTINUE STATUS CONFERENCE**

The government has filed a motion to continue the status conference set for March 16, 2023 and to toll the Speedy Trial Act. ECF No. 44. Hamner's counsel has been in trial since December 19, 2022 in *United States v. Nordean*, 21-cr-175-TJK. He does not anticipate trial concluding before April. Hamner does not oppose the government's motion.

Dated: March 14, 2023                                Respectfully submitted,

  /s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Thomas Hamner*

**Certificate of Service**

I hereby certify that on the 14th day of March, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

1

Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>  /s/ Nicholas D. Smith
> Nicholas D. Smith, D.C. Bar No. 1029802
> 1123 Broadway, Suite 909
> New York, NY 10010
> (917) 902-3869
> nds@davidbsmithpllc.com