UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-cr-689 (ABJ) |
| : | |
| THOMAS PATRICK HAMNER, : | |
| : | |
| Defendant.   : | |

**JOINT STATUS REPORT AND GOVERNMENT MOTION TO EXCLUDE SPEEDY TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Nicholas Smith, counsel for Thomas Patrick Hamner ("the defendant") hereby submit the following Joint Status Report. The United States also respectfully moves the Court to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an indictment with: Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting, in violation of Title 18, United States Code, § 111(a)(1) and (b); Civil Disorder and Aiding and Abetting, in violation of Title 18, United States Code, Section 231(a)(3); Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(1) and (b)(1)(A); Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, § 1752(a)(4) and (b)(1)(A); and Act of Physical Violence in the Capitol Building or Grounds, in violation of Title 40, United States Code, § 5104(e)(2)(F) (ECF No. 6).

2. On June 16, 2022, the defendant pled guilty to one count of Civil Disorder and Aiding and Abetting, Count Two of the indictment. On September 23, 2022, the Court sentenced the defendant to, *inter alia,* 30 months incarceration.

3. The charges in the indictment to which the defendant did not plead guilty remain pending.

4. The Court set a status conference for March 16, 2023, however defense counsel was actively engaged in trial at that time and unable to attend. The Court continued the status conference to April 25, 2023 at a time to be determined once availability of videoconferencing at the facility as which the defendant is held was determined. The Court excluded the time between March 16, 2023 and April 25, 2023 from the Speedy Trial Act calculation. March 14, 2023 Minute Order. No status conference was held on April 25, 2023, however, as the Court advised the availability of videoconferencing from the defendant's facility was unknown.

5. On May 15, 2023, AUSA Alexandra Foster filed a notice of appearance for the government on this matter. (ECF No. 47).

6. On June 6, 2023, the government moved to schedule a status conference and to exclude the intervening time under the Speedy Trial Act from April 25, 2023, through the scheduled Status Conference. (ECF No. 48).

7. On June 7, 2023, the Court granted the government's motion for a status conference and scheduled a conference for June 16, 2023. The Court ordered the parties to submit a joint status report clarifying whether the defendant agrees to exclude the time until then from the Speedy Trial Act calculation. June 7, 2023 Minute Order.

8. It is the defendant's position that the speedy trial time should not be excluded as continued prosecution of this matter is not a good use of the government and court's resources.

9. The government submits it is in the interest of justice to toll the Speedy Trial Act from April 25, 2023 to June 16, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the facts set forth above, the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

10. Therefore, the government moves for an exclusion of time under the Speedy Trial Act from April 25, 2023 through June 16, 2023.

11. The defendant is in custody serving his sentence.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/
Douglas G. Collyer
NDNY Bar No.: 519096
Alexandra F. Foster
D.C. Bar No.: 470096
Assistant United States Attorneys
Capitol Riot Detailees
601 D Street, N.W.
Washington, DC 20530
Phone: (518) 314-7800
E-mail:
douglas.collyer@usdoj.gov
alexandra.foster@usdoj.gov