UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 21-0689 (ABJ) |
| ) | |
| THOMAS PATRICK HAMNER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the parties' joint requests [Dkt. # 55, # 56] to vacate defendant's order of pretrial detention and subject defendant to the standard conditions of pretrial release, it is hereby **ORDERED** that the existing order of detention pending trial [Dkt. # 22-1] is **VACATED.** It is further

**ORDERED** that defendant is released on personal recognizance upon his release from custody on his plea of guilty to Count Two, which is anticipated to take place on or about **December 26, 2023** on the condition that he appear in person in this Court on **February 1, 2024** at 9:30 am in Courtroom 25 for his stipulated trial hearing.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  October 16, 2023