**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 21-CR-00689-ABJ** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS PATRICK HAMNER,** | : | |
| | : | |
| **Defendant.** | : | |

**AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS**

Defendant Thomas Patrick Hamner, by and through counsel, hereby acknowledges that he will be waiving the following rights by proceeding with a Stipulated Trial:

1. The constitutional right to trial by jury.  At a trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on behalf of the defendant.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so.  However, if the defendant chose not testify, the Court would instruct the jury that the decision could not be used against the defendant.

5. At a jury trial, the defendant could not be convicted unless all 12 jurors agreed that the Government had proved the defendant's guilt beyond a reasonable doubt.

6. If the defendant is not a citizen of the United States, his conviction could result in his deportation or have other immigration consequences.

If the Court grants leave to proceed with a Stipulated Trial, the defendant agrees to give up these rights. The government agrees to dismiss the remaining counts of the Indictment (ECF 6) at

the conclusion of the defendant's sentencing proceeding, should he be convicted following the Stipulated Trial.  There is no agreement between the parties regarding the defendant's United States Sentencing Guidelines range; nor is there an agreement between the parties concerning what sentence either party will request or what sentence the Court will impose.

The Court will consider the Statement of Elements and Facts and if it believes that the government has proven the defendant's guilt beyond a reasonable doubt, the Court will find the defendant guilty.  The defendant's signature below means that the defendant wishes to proceed by a Stipulated Trial and give up those rights.

Respectfully submitted,

 /s/ Thomas Hamner

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

Thomas Patrick Hamner
Defendant

*Nicholas Smith*

By:

_____

_____
Nicholas Smith, Esq.
Counsel for Thomas Hamner

Alexandra F. Foster
D.C. Bar No. 470096
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92124
(619) 546-6735
Alexandra.Foster@usdoj.gov