UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **THOMAS PATRICK HAMNER,** <br><br> Defendant. | **Case No. 21-cr-689-ABJ** |

## GOVERNMENT'S RESPONSE TO COURT'S 01/24/24 MINUTE ORDER

The parties are agreed that Defendant stipulated to the facts underlying the elements for a conviction under 18 U.S.C. § 111(b) and did not stipulate that "such acts involve . . . [his] intent to commit another felony" under 18 U.S.C. § 111(a). It will be up to the Court to decide whether the Defendant's §111(b) assault ("the acts in violation of this section") involved the intent to cause civil disorder ("the intent to commit another felony") for sentencing purposes.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney
District of Columbia Detailee
D.C. Bar No. 470096
(619) 546-6735
Alexandra.Foster@usdoj.gov

1